UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY PAPADOPOULOS, : | CIVIL ACTION NO. 08CV00989 |
| Plaintiff, : | |
| V. : | |
| TENET GOOD SAMARITAN INC., : | |
| Defendant. : | JANUARY 29, 2008 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, defendant, misnamed TENET GOOD SAMARITAN INC., dba GOOD SAMARITAN ("Defendant Tenet"), states that there is no parent company or any other publicly traded company which holds any interest in Tenet Healthcare Corporation.

DEFENDANT
TENET GOOD SAMARITAN, INC.

By: _____
Jonathan D. Elliot

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com

Its Attorneys

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been sent via U.S. Mail first-class mail, postage prepaid, on this date, to:

Gregory Papadopoulos
800 5th Avenue, Apt. 14B
NYC, NY 10065

Dated at Bridgeport, Connecticut on this 29th January, 2008.

_____
Jonathan D. Elliot