```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :   08 CIV. 989 (DLC)
GREGORY PAPADOPOULOS,                :
                                     :        ORDER
              Plaintiff,             :
                                     :
     -v-                             :
                                     :
TENET GOOD SAMARITAN INC.,           :
                                     :
              Defendant.             :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

DENISE COTE, District Judge:

By letter dated July 10, 2008, the plaintiff requested an extension of his time to file an opposition to the defendant's motion to dismiss. It is hereby

ORDERED that the plaintiff's opposition to the defendants motion to dismiss shall be due **August 8, 2008**. The reply shall be due **August 22, 2008**.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment

by default, or such other action as may be just in the circumstances.

Dated:   New York, New York
         July 14, 2008

                                              _____
                                                     DENISE COTE
                                              United States District Judge

COPIES SENT TO:

Gregory Papadopoulos
800 5th Avenue
Apt. 14B
New York, NY 10065

Jonathan D. Elliot
Zeldes Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740