```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GREGORY PAPADOPOULOS,                   :
                                        :
                        Plaintiff,      :      08 Civ. 989 (DLC)
                                        :
            -v-                         :           ORDER
                                        :
TENET GOOD SAMARITAN INC.,              :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/7/08

DENISE COTE, District Judge:

   This case was removed to this Court from the Civil Court of the City of New York and designated Electronic Case Filing on January 30, 2008.  Because the plaintiff is proceeding pro se, it is hereby

   ORDERED that this case is no longer designated Electronic Case Filing.

   SO ORDERED:

Dated:    August 7, 2008
          New York, New York

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Gregory Papadopoulos
800 5th Avenue
Apt. 14B
New York, NY 10065

Jonathan D. Elliot
Zeldes Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740